# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SHARON MEYER,

        **Plaintiff,**

    **v.**                              **Case No. 17-CV-1466**

**MIDLAND CREDIT MANAGEMENT INC, and
MIDLAND FUNDING, LLC,**

        **Defendants.**

## ORDER OF DISMISSAL

Based upon the stipulation of the parties (ECF No. 18), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

    **SO ORDERED**.

Dated at Milwaukee, Wisconsin this 18th day of October, 2018.

WILLIAM E. DUFFIN
U.S. Magistrate Judge